FEDERAL SHIPBUILDING AND DRY DOCK COMPANY,
respondent,

*v.*

CITY OF BAYONNE, appellant.

[Decided February 4th, 1929.]

*Messrs. Lindabury, Depue & Faulks,* for the respondent.

*Mr. L. Edward Harriman,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *102 N. J. Eq. 475.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.